**ATTACHMENT A**

2010 SEP 13 PM 2: 05

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including *subsidiaries*, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    [insert list]

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    [insert list]

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    [insert list]

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    [insert list]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

[Date] 9/13/2010

[Counsel of Record or *Pro Se* Party]
[Address and Telephone]
Judy Chipman    239-207-0707
733 105th Ave N.
Naples, FL 34108

[Certificate of Service]

Plaintiff is unable, at this time, to determine who, if any, other real parties in interest may be. Plaintiff has named and properly served the one party known to Plaintiff to be culpable for the fraud committed against Plaintiff. If other parties are culpable, said parties have been hidden by the failure of said parties to properly register holder status of the security instrument with the local county recorders office. Therefore, if the Court determines that other parties should be joined, Plaintiff will certainly comply with any order by the Court to join said parties as soon as the identity of said parties are fully established.