UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUDY CHIPMAN,

        Plaintiff,

-vs-                             Case No.  2:10-cv-483-FtM-29SPC

US BANK N.A.,
WELLS FARGO BANK, N.A.

        Defendant.
_____

## ORDER

        This matter comes before the Court on Plaintiff's Motion for Joinder of Necessary Parties (Doc. #25) filed on December 13, 2010.  Plaintiff *pro se* Judy Chipman seeks joinder of Wells Fargo Bank as a necessary party to this action.  On December 13, 2010, Plaintiff filed her First Amended Complaint that named Wells Fargo as a Defendant (Doc. #26).  Thus, Defendant Wells Fargo is a potential party to the case and is subject to service of process by the Plaintiff.  Joinder is not required at this point.  Plaintiff is required to serve Wells Fargo Bank in compliance with the Federal Rules.

        Accordingly, it is now

        **ORDERED:**

        Plaintiff's Motion for Joinder of Necessary Parties (Doc. #25) is **DENIED**.

        **DONE AND ORDERED** at Fort Myers, Florida, this   14th   day of December, 2010.

                                            SHERI POLSTER CHAPPELL
                                            UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record